**RUIGANG LIU, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–71888.**

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2012.[*]

Filed March 15, 2012.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Thomas John Mayer, Esquire, Law Office of Thomas J. Mayer, San Gabriel, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Erica Miles, OIL, U.S. Department of Justice, Washington, DC, for Respondent.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provid-

## MEMORANDUM **

Ruigang Liu, a native and citizen of China, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo questions of law. *Sembiring v. Gonzales,* 499 F.3d 981, 985 (9th Cir.2007). We deny the petition for review.

The agency did not abuse its discretion or commit legal error in denying Liu's motion to reopen on the ground that his mistake concerning his hearing date did not constitute exceptional circumstances beyond his control that would excuse his failure to appear. *See* 8 U.S.C. § 1229a(e)(1); *Valencia–Fragoso v. INS,* 321 F.3d 1204, 1205–06 (9th Cir.2003) (per curiam) (finding no exceptional circumstances where petitioner misunderstood the time of her hearing).

**PETITION FOR REVIEW DENIED.**